UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:26-cv-00329

**Kevin Kohute,**
*Plaintiff,*
v.
**New York Times Newspaper Agency**
*Defendant.*

## ORDER

Plaintiff, an inmate of the Smith County Jail proceeding pro se, filed this civil lawsuit without paying the filing fee in the U.S. District Court for the Northern District of California. That court transferred this case to this court for proper venue. Doc. 3. The case was then referred to a magistrate judge, who issued a report recommending that the court bar the plaintiff from proceeding pro se as a pauper and dismiss this case as barred by the sanctions previously imposed by this court. Doc. 5. Those previous sanctions prohibit plaintiff from filing any lawsuit without representation by licensed counsel or without full prepayment of the filing fee. Doc. 5. Plaintiff filed no objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record, and being satisfied that it contains no clear error, the court accepts the report's findings and recommendation. Plaintiff is denied leave to proceed either pro se or as a pauper. This case is dismissed with prejudice for purposes of proceeding pro se or as a pauper, but without prejudice as to the refiling of the lawsuit through licensed counsel with full prepayment of the filing fee. Any pending motions are denied as moot.

*So ordered by the court on August 17, 2026.*

J. CAMPBELL BARKER
United States District Judge